IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SHAUN P. RAYBORN,                                         No. 3:15-cv-01478-HZ

           Plaintiff,

    v.

CAROLYN W. COLVIN, Acting                                 JUDGMENT
Commissioner of Social Security,

           Defendant.

HERNANDEZ, District Judge:

    Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is reversed and remanded pursuant to Sentence Four of 42 U.S.C. § 405(g) for further administrative proceedings before a new ALJ.

Dated this  30  day of  September , 2016

*Marco Hernandez*
Marco A. Hernandez
United States District Judge

1 - JUDGMENT